UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RAYMOND HAROLD KIMBLE, III**  CIVIL ACTION

**VERSUS**  NO. 21-409

**PARISH OF JEFFERSON, et al.**  SECTION "A"(2)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Raymond Kimble's § 1983 claims against the State of Louisiana, the Louisiana Public Defender Board, Chief Judge Ellen Shiver Kovach, the Chief Justice of the Louisiana Supreme Court, Judge Raymond S. Steib, Jr., the Jefferson Parish Sheriff's Office, the 24th Judicial Public Defender's Office, and the 24th Judicial District Attorney's Office be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915 and § 1915A as frivolous, for seeking relief against an immune defendant, and/or for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Kimble's other claims against the remaining defendants remain referred to the Magistrate Judge for further proceedings consistent with the automatic referral under Local Rule 73.2(A).

New Orleans, Louisiana, this 15th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE