UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND HAROLD KIMBLE, III | CIVIL ACTION |
| VERSUS | NO. 21-409 |
| PARISH OF JEFFERSON, ET AL. | SECTION "A"(2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 115), Plaintiff's objections to the Report and Recommendation (Rec. Doc. 121), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Raymond Harold Kimble, III's Motion for Temporary Restraining Order (ECF No. 100) is **DENIED**.

January 14, 2022

_____
UNITED STATES DISTRICT JUDGE