UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND HAROLD KIMBLE, III | CIVIL ACTION |
| VERSUS | NO. 21-409 |
| PARISH OF JEFFERSON, ET AL. | SECTION "A"(2) |

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (ECF No. 104), and Plaintiff's objections to the Report and Recommendation (ECF No. 116), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.[1]  Accordingly,

**IT IS ORDERED** that Plaintiff Raymond Harold Kimble, III's 42 U.S.C. § 1983 claims of false arrest, false imprisonment, and malicious prosecution against Defendants Detectives Danny Forbes, Adam Alford, Michael Blondeau, Adam Lea, David DeRoche, and Darren Parent, Jefferson Parish, the Baton Rouge Police Department, the East Baton Rouge Parish Sheriff's Office, and East Baton Rouge Parish, and Kimble's § 1983 claims sexual assault and retaliation against Defendants Deputy Sean Hayes, Deputy Sean Thompson, Chief Sue Ellen Monfra, Sheriff Joseph P. Lopinto, III, and the Jefferson Parish Sheriff's Office be **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A as malicious.

**IT IS FURTHER ORDERED** that Kimble's § 1983 claims of speedy trial violations, excessive bail, and ineffective assistance of counsel against Defendants Jefferson Parish, Public Defender Richard M. Thompson, Public Defender Daniel J. Schilling, and Assistant District

---

[1] The Court notes that Plaintiff attached a Motion to Withdraw and/or Strike Defendant Schilling (ECF No. 116-1) to his objections to the Report and Recommendation. However, in light of this Order adopting the Report and Recommendation, Plaintiff's motion is denied as moot.

Attorney Lindsay Truhe be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A as frivolous, for failure to state a claim for which relief can be granted, and/or for being brought against an immune defendant.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 67) filed by Defendants East Baton Rouge Parish, Baton Rouge Police Department, Detectives Adam Lea, Danny Forbes, and Michael Blondeau, and former Detective Adam Alford be **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 19) filed by Defendant Assistant District Attorney Lindsay Truhe be **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 35) filed by Defendant Richard M. Thompson be **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Motion to Stay (ECF No. 56) filed by Raymond Kimble be **DENIED**.

Kimble's other claims against the remaining defendants remain referred to the Magistrate Judge for further proceedings consistent with the automatic referral under Local Rule 73.2(A).

January 14, 2022

_____
UNITED STATES DISTRICT JUDGE