UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND HAROLD KIMBLE, III | CIVIL ACTION |
| VERSUS | NO. 21-409 |
| PARISH OF JEFFERSON, ET AL. | SECTION "A"(2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, Plaintiff's Objections to the Report and Recommendation (Rec. Doc. 166 & Rec. Doc. 171), and Defendant CorrectHealth Jefferson, LLC's Opposition to Plaintiff's Objection (Rec. Doc. 167), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that CorrectHealth Jefferson, LLC's Motion to Dismiss (ECF No. 42) is **GRANTED** and plaintiff Raymond Harold Kimble, III's 42 U.S.C. § 1983 claims against Correct Health Jefferson, LLC are **DISMISSED WITH PREJUDICE** pursuant to FED. R. CIV. PROC. 12(b)(6) for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this   14th   day of        June        , 2022.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE