UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAYMOND HAROLD KIMBLE, III                        CIVIL ACTION

VERSUS                                            NO. 21-409

PARISH OF JEFFERSON, ET AL.                       SECTION "A"(2)

### RULE 54(B) JUDGMENT

The Court having approved the Magistrate Judge's Report and Recommendation and having adopted it as its opinion herein, and finding no just cause for delay; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendant Parish of Jefferson and against plaintiff Raymond Harold Kimble, III dismissing with prejudice Kimble's 42 U.S.C. § 1983 Claim Nos. Five through Ten where he seeks to hold Parish of Jefferson liable based on *Monell v. Dept. of Social Servs. of City of New York*, 436 U.S. 658 (1978), or other theories of municipal liability, for a prison design that denies him privacy, and for negligent repairs or damages for his slip and fall.

8/1/2022

_____
UNITED STATES DISTRICT JUDGE