UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND HAROLD KIMBLE, III | CIVIL ACTION |
| VERSUS | NO. 21-409 |
| PARISH OF JEFFERSON, ET AL. | SECTION "A"(2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Joseph Denny's Motion to Dismiss (ECF No. 234) is **GRANTED**, and plaintiff Raymond Harold Kimble, III's 42 U.S.C. § 1983 claims against defendant Denny, in his official capacity, be **DISMISSED WITH PREJUDICE** as duplicative and for failure to state a claim for which relief can be granted under § 1983.

New Orleans, Louisiana, this 22nd day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE